UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASD DISPUTE RESOLUTION, INC.; NEW YORK STOCK EXCHANGE, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>JUDICIAL COUNCIL OF THE STATE OF CALIFORNIA; RONALD M. GEORGE, in his official capacity as Chair of the Judicial Council; MARVIN R. BAXTER; RICHARD D. ALDRICH; NORMAN L. EPSTEIN; RICHARD D. HUFFMAN; GAIL ANDREA ANDLER; AVIVA K. BOBB; ROBERT A. DUKES; LEONARD P. EDWARDS; WILLIAM C. HARRISON; BRAD R. HILL; DONNA J. HITCHENS; RONALD M. SABRAW; BARBARA ANN ZUNIGA; MARTHA ESCUTIA; ELLEN M. CORBETT; JOHN J. COLLINS; PAULINE W. GEE; REX A. HEESEMAN; THOMAS J. WARWICK, JR., in their official capacities as members of the Judicial Council; WILLIAM C. VICKERY, in his capacity as Administrative Director of the Courts, <br><br>　　　　Defendants. | Case No. 02-3486 SC <br><br>DISMISSAL ORDER |

　　Pursuant to the Order and Mandate of the United States Court of Appeals for the Ninth Circuit in the above matter, filed with this Court on July 2, 2007, this case is hereby DISMISSED.

　　IT IS SO ORDERED.

Dated: July  5 , 2007

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE